217 So.2d 409

#### Edwin A. GUILLORY and Marjorie C. Guillory

v.

#### M. J. CZARNIECKI, Individually and as Administrator of the Estate of his unemancipated minor son, Charley A. Czarniecki, et al.

No. 49615.

Jan. 20, 1969.

In re: M. J. Czarniecki, individually and as administrator of the estate of his minor son, Charley A. Czarniecki applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 122.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

217 So.2d 409

#### OSBORN FUNERAL HOME, INC.

v.

#### LOUISIANA STATE BOARD OF EMBALMERS.

No. 49598.

Jan. 20, 1969.

In re: Louisiana State Board of Embalmers applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 145.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.

FOURNET, C. J., is of the opinion that a writ should be granted and the judgment of the district court affirmed.